```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------X
MARGARET VETERE,

                Plaintiff,

       -against-                          MEMORANDUM AND ORDER
                                          06-CV-4543 (JS)(ETB)


SEARS ROEBUCK & COMPANY, et al,

                Defendants.
--------------------------------------X
APPEARANCES:

For Plaintiff:     Margaret Vetere, Pro Se
                   3333 Veterans Memorial Highway
                   Ste F PMB 378
                   Ronkonkoma, N.Y. 11779

For Defendants:    No Appearance
```

SEYBERT, District Judge:

In a Memorandum and Order dated October 13, 2006, the Court granted Plaintiff Margaret Vetere ("Plaintiff") permission to proceed in forma pauperis, but dismissed her Complaint inter alia, pursuant to Fed. R. Civ. P. 8. The Court granted Plaintiff leave to file an Amended Complaint. Pending before the Court is Plaintiff's proposed Amended Complaint.

The Amended Complaint, which is seventy-four pages long, twenty pages more than the original Complaint, constitutes little improvement over its predecessor. It is rift with legal jargon and contains a litany of legal terms, legal definitions, multiple civil causes of actions, and irrelevant case citations. It is largely incomprehensible and incoherent.

For the reasons set forth in this Court's Memorandum and Order of October 13, 2006, the Court sua sponte DISMISSES the Amended Complaint in its entirety with prejudice.

SO ORDERED.

/s/ JOANNA SEYBERT
Joanna Seybert, U.S.D.J.

Dated: Central Islip, New York
       March  14 , 2007